UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ERIC DUANE ANDERSON,

    Plaintiff,

v.

STATE OF WASHINGTON DEPARTMENT OF HEALTH, AND STATE OF WASHINGTON DEPARTMENT OF PERSONNEL,

    Defendants.

Case No. C04-5684FDB

ORDER STAYING CASE

The schedule in this matter was originally set by Minute Order of March 8, 2005. Since then, there have been two attempts to appoint counsel for Plaintiff Anderson. Miles Yanick was appointed then allowed to withdraw [Dkt. #'s 67 & 69, June 15 and June 30, 2005] and F. Richard Ricketts was appointed. [Dkt. # 69.] Mr. Ricketts did not file an appearance within ten days of that order as required, and neither the Court nor Plaintiff has been able to contact him. The Court has taken action with respect to Mr. Ricketts' conduct by notifying the Chair of the Pro Bono Panel. A new request for appointment of counsel from the Pro Bono Panel has been made.

Now, because deadlines in this case are approaching and are no longer workable because Plaintiff's counsel is not in place, this matter is **STAYED** pending resolution of the situation with appointing counsel for Plaintiff. Once the counsel issue is resolved, a new scheduling order will be prepared with counsels' assistance. The **CLERK** shall **STRIKE** the pending motions from the Court's calendar **SO ORDERED**.

DATED this 17th day of August, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1